UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Carol Biagas

        Plaintiff,

v.                                        Case No.: 1:23−cv−10819
                                                     Honorable Mary M. Rowland

Revlon, Inc., et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 2, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation of Dismissal [4], all claims against Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC are dismissed with prejudice. MDL member case terminated. Plaintiff shall send a copy of this order to Defendants. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.